August 13, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**LYDA SWINERTON BUILDERS, INC., Appellant**

NO. 14-12-00163-CV                    V.

**CATHAY BANK, Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, Cathay Bank, signed November 23, 2011, was heard on the transcript of the record. We have inspected the record and conclude that the trial court erred by granting final summary judgment when Cathay Bank was entitled only to partial summary judgment.

There is no error in the judgment to the extent that appellant, Lyda Swinerton Builders, Inc., cannot re-assert a lien against the land described in its October 2007 "RELEASE OF LIEN" for the unpaid portion of the indebtedness incurred prior to the release. Therefore, we order the trial court's judgment **AFFIRMED** to that extent.

There is error in the remainder of the judgment, however. The remainder of the summary judgment is therefore **REVERSED** and the cause is **REMANDED** for proceedings in accordance with this court's opinion.

We order appellee, Cathay Bank, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.